**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Case No. <u>1:16-CV-00964-WJM-CBS</u>                    Date <u>October 17, 2017</u>

Case Title:    <u>STEVEN POWELL v. ALLSTATE FIRE AND CASUALTY INSURANCE</u>
               <u>COMPANY</u>

Plaintiff's <u>DRAFT WITNESS LIST</u>

**WITNESS & DATE**                    **PROPOSED LENGTH OF TESTIMONY**

**Will call:**

<u>Steven Powell         </u>            Direct: <u> 2 hrs </u> Cross: _____ Total: _____

<u>Christina Powell      </u>            Direct: <u> 1 hr  </u> Cross: _____ Total: _____

<u>David L. Reinhard, MD </u>            Direct: <u> 2 hrs </u> Cross: _____ Total: _____

Vicky R. Jensen                       Direct: <u> 1 hr  </u> Cross: _____ Total: _____
<u>and/or Aubrey Corwin  </u>

<u>Linda May             </u>            Direct: <u> 2 hrs </u> Cross: _____ Total: _____

<u>Zachary Warzel        </u>            Direct: <u> 2 hrs </u> Cross: _____ Total: _____

<u>_____</u>             Direct: _____ Cross: _____ Total: _____

**May call:**

<u>Jose Baca             </u>            Direct: <u> 20 min </u> Cross: _____ Total: _____

<u>Rosalie Sandoval      </u>            Direct: <u> 20 min </u> Cross: _____ Total: _____

<u>Corporal Galen Steel  </u>            Direct: <u> 30 min </u> Cross: _____ Total: _____

<u>Mark Wilson           </u>            Direct: <u> 20 min </u> Cross: _____ Total: _____

<u>Rose Wilson           </u>            Direct: <u> 20 min </u> Cross: _____ Total: _____

<u>Anthony Damien        </u>            Direct: <u> 20 min </u> Cross: _____ Total: _____

Dr. Dennis Phelps            Direct: 1 hr      Cross: _____ Total: _____

Dr. Charles Waldron          Direct: 1 hr      Cross: _____ Total: _____

Dr. Fredericks               Direct: 45 min   Cross: _____ Total: _____

Dr. Harbison                 Direct: 45 min   Cross: _____ Total: _____

Pete Miller                  Direct: 1 hr      Cross: _____ Total: _____

Tom Linton                   Direct: 1 hr      Cross: _____ Total: _____

Aaron Johnson                Direct: 1 hr      Cross: _____ Total: _____

Michael Vink (by deposition) Direct: 90 min   Cross: _____ Total: _____

**NOTE:  Plaintiff reserves the right to call any personal needed to authenticate or lay foundation for the introduction of any document and further reserves the right to call any treatment provider previously identified in either party's Fed. R. Civ. P. 26(a)(1) or 26(a)(2) disclosures.**