IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Courtroom Deputy:  Deborah Hansen     Date:  May 7, 2018
Court Reporter:      Mary George          Time:   six hours and 18 minutes

Civil Action No.16-cv-00964-WJM-KHR     *Counsel:*

STEVEN POWELL,                     Michael J. Rosenberg
                                             Sommer D. Luther
     Plaintiff,                          Barrett Weisz

v.

ALLSTATE FIRE AND CASUALTY      Kurt H. Henkel
INSURANCE COMPANY,               Winslow R. Taylor

     Defendant.

## COURTROOM MINUTES

JURY TRIAL - DAY ONE

08:30 a.m.     Court in Session

Appearances

Court's comments

Discussion/Argument

**ORDERED:**   The Plaintiff's oral motion for Rule 615 sequestration is GRANTED.

**ORDERED:**   The Plaintiff's oral motion under Local Rule 47.2 for written authorization to allow counsel to communicate with members of the jury at the conclusion of the trial is GRANTED.  A text order entry will enter setting forth restrictions regarding Local Rule 47.2.

08:54  Court in Recess
09:09  Court in Session

Jury panel present

Court's opening remarks to the jury

09:18 Voir dire commences - oath administered to the panel

No challenges for cause.

Plaintiff's Challenges:
1)	100371263
2)	100351956
3)	100331395

Defendant's Challenges:
1)	100342607
2)	100368971
3)	100352482

10:24 Court in Recess
10:45 Court in Session

10:45 Voir dire (by Mr. Weisz)

11:08 Voir dire (by Mr. Henkel)

11:40 Voir dire completed.

Jury:
1)	100367600
2)	100356483
3)	100338750
4)	100345026
5)	100336435
6)	100359556
7)	100357664
8)	100352410

Oath to try case administered to the jury.

Court's preliminary instructions to the jury

11:55 Court in Recess
01:12 Court in Session

01:18 Opening Statement (by Ms. Luther)

01:36 Opening Statement (by Mr. Henkel)

**PLAINTIFF'S FIRST WITNESS LINDA MAY**
01:53 Direct (by Mr. Rosenberg)

All exhibits in the Amended Joint Exhibit List are stipulated, offered and RECEIVED.

03:06 Court in Recess
03:29 Court in Session

**PLAINTIFF'S FIRST WITNESS LINDA MAY**
03:29 Direct continued (by Mr. Rosenberg)

04:25 Cross (by Mr. Henkel)

05:04 p.m.   Court in Recess
             Trial continued