IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Courtroom Deputy: Deborah Hansen  Date: May 8, 2018
Court Reporter:   Mary George    Time: five hours and 3 minutes

Civil Action No.16-cv-00964-WJM-KHR    *Counsel:*

STEVEN POWELL,    Michael J. Rosenberg
                 Sommer D. Luther
    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY    Kurt H. Henkel
INSURANCE COMPANY,            Winslow R. Taylor

    Defendant.

## COURTROOM MINUTES

JURY TRIAL - DAY TWO

09:20 a.m.    Court in Session

Court's comments

The trial was scheduled to start at 8:45 this morning. One juror is not present.

The parties agree to go forward with a jury of seven.

Juror 100345026 excused.

09:22  Jury present

Court's comments to the jury

**PLAINTIFF'S FIRST WITNESS LINDA MAY**
09:24 Cross continued (by Mr. Henkel)

10:38 Court in Recess
10:58 Court in Session

**PLAINTIFF'S FIRST WITNESS LINDA MAY**
10:58 Redirect (by Mr. Rosenberg)

**DEFENDANT'S SECOND WITNESS DR. DENNIS PHELPS**
11:32  Direct (by Ms. Luther)

12:06 Cross (by Mr. Henkel)

12:16 Redirect

12:20 Court in Recess
01:26 Court in Session

**PLAINTIFF'S THIRD WITNESS DR. DAVID REINHARD**
01:26 Direct (by Ms. Luther)

01:53  Cross (by Mr. Henkel)

02:19 Redirect

**PLAINTIFF'S FOURTH WITNESS AUBREY CORWIN**
02:24 Direct (by Ms. Luther)

02:47 Cross (by Mr. Taylor)

03:13 Redirect

03:16 Court in Recess
03:37 Court in Session

Discussion

03:43 Jury present

**PLAINTIFF'S FIFTH WITNESS CHRISTINA H. POWELL**
03:44 Direct (by Ms. Luther)

(No cross examination)

04:10 p.m.   Court in Recess
             Trial continued