IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy:  Emily Buchanan        Date:  May 9, 2018
Court Reporter:    Mary George           Time:  6 hours and 40 minutes

---

Civil Action No.16-cv-00964-WJM-KHR        *Counsel:*

STEVEN POWELL,                             Michael J. Rosenberg
                                           Sommer D. Luther
       Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY                 Kurt H. Henkel
INSURANCE COMPANY,                         Winslow R. Taylor

       Defendant.

---

## COURTROOM MINUTES

---

JURY TRIAL - DAY THREE

8:56 a.m.    Court in Session.  Jury not present.

Mr. Rosenberg advises his client Mr. Powell is running late.  Both sides are agreeable to proceeding with the next witness without the plaintiff.

Mr. Henkel raises an issue with plaintiff's next witness Mr. Warzel expressing opinions about his view of the value of the claim.

Argument by Mr. Rosenberg and Mr. Henkel.

**ORDERED:**  Defendant's Oral Motion Under Rule 702 to Limit the Expert Testimony and/or a Motion in Limine is **DENIED**.

9:11 a.m.    Jury present

Plaintiff's sixth witness, Zachary Warzel, sworn.

| | |
|---|---|
| 9:12 a.m. | Direct examination of Mr. Warzel by Mr. Rosenberg. |
| 9:52 a.m. | Plaintiff Steven Powell arrives. |
| 9:52 a.m. | Continued direct examination of Mr. Warzel by Mr. Rosenberg. |
| 10:16 a.m. | Cross examination of Mr. Warzel by Mr. Henkel. |
| 10:28 a.m. | Court in Recess |
| 10:46 a.m. | Court in Session.  Jury present. |

Plaintiff's sixth witness, Zachary Warzel, resumes.

| | |
|---|---|
| 10:48 a.m. | Continued cross examination of Mr. Warzel by Mr. Henkel. |
| 11:04 a.m. | Deposition of Zachary C. Warzel opened and used for impeachment. |
| 11:06 a.m. | Continued cross examination of Mr. Warzel by Mr. Henkel. |
| 12:07 p.m. | Court in Recess |
| 1:24 p.m. | Court in Session.  Jury not present. |

Mr. Rosenberg raises a concern related to the bench conference during Mr. Warzel's examination regarding the evidence received about the filing of the complaint.

| | |
|---|---|
| 1:43 p.m. | Jury present |

Plaintiff's sixth witness, Zachary Warzel, resumes.

| | |
|---|---|
| 1:43 p.m. | Continued cross examination of Mr. Warzel by Mr. Henkel. |
| 2:04 p.m. | Redirect examination of Mr. Warzel by Mr. Rosenberg. |

Plaintiff, Steven Powell, sworn.

| | |
|---|---|
| 2:30 p.m. | Direct examination of Mr. Powell by Ms. Luther. |
| 3:09 p.m. | Court in Recess |
| 3:28 p.m. | Court in Session.  Jury present |

Plaintiff, Steven Powell, resumes.

| | |
|---|---|
| 3:29 p.m. | Continued direct examination of Mr. Powell by Ms. Luther. |

3:46 p.m.	Cross examination of Mr. Powell by Mr. Henkel.

4:10 p.m.	Redirect examination of Mr. Powell by Ms. Luther.

Plaintiff rests.

Defendant's first witness, Gwendolyn Henke, sworn.

4:14 p.m.	Direct examination of Dr. Henke by Mr. Henkel.

4:35 p.m.	Cross examination of Dr. Henke by Ms. Luther.

4:47 p.m.	Redirect examination of Dr. Henke by Mr. Henkel.

4:50 p.m.	Jury excused.

4:52 p.m.	Argument by Mr. Taylor regarding Defendant's Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

5:15 p.m.	Response by Mr. Rosenberg.

5:21 p.m.	Reply by Mr. Taylor.

**ORDERED:** Defendant's Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is **TAKEN UNDER ADVISEMENT**.

Mr. Henkel advises Mr. Sands will be defendant's last witness.

Counsel request 30 minutes for closing arguments.

Discussion regarding the charging conference.

5:30 p.m.	Court in Recess
Trial continued