AMENDED JOINT EXHIBIT LIST

CASE NUMBER 16cv00964-CBS

CASE CAPTION STEVEN POWELL v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY     PAGE NUMBER____ DATE____

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS / INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | Medical Imaging Studies | x | x | ✓ | ✓ | | | |
| 2. | | Injury Photos | x | x | ✓ | ✓ | | | |
| 3. | | Traffic Accident Report | x | x | ✓ | ✓ | | | |
| 4. | | Medical Billing Summary | x | x | ✓ | ✓ | | | |
| 5. | | Dr. Reinhard IME Report | x | x | ✓ | ✓ | | | |
| 6. | | VDI Report | x | x | ✓ | ✓ | | | |
| 7. | | Allstate Motorcycle Policy | x | x | ✓ | ✓ | | | |
| 8. | | Allstate Auto Policy | x | x | ✓ | ✓ | | | |
| 9. | | Claim Correspondence Between Allstate and Kass & Moses and Allstate and The Gold Law Firm | x | x | ✓ | ✓ | | | |
| 10. | | Allstate Claim Manual (364 Pages as Produced by Defendant) | x | x | ✓ | ✓ | | | |
| 11. | | Peter Miller Evaluation | x | x | ✓ | ✓ | | | |
| 12. | | Electronic Claim Notes (auto policy claim) | x | x | ✓ | ✓ | | | |
| 13. | | Electronic Claim Notes (motorcycle policy claim) | x | x | ✓ | ✓ | | | |
| 14. | | Colossus Assessment (4/2/15) | x | x | ✓ | ✓ | | | |
| 15. | | Colossus Assessment (6/1/15) | x | x | ✓ | ✓ | | | |

Clerk's

Case 1:16-cv-00964-WJM-KHR   Document 90   Filed 05/03/18   USDC Colorado   Page 2 of 4

AMENDED JOINT EXHIBIT LIST

CASE NUMBER 16cv00964-CBS

CASE CAPTION STEVEN POWELL v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY           PAGE NUMBER ___  DATE ___

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS / INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| 16. | | Colossus Assessment (3/7/16) | X | X | ✓ | ✓ | | | |
| 17. | | Colossus Assessment (3/9/16) | X | X | ✓ | ✓ | | | |
| 18. | | Unsigned proposed Full and Final Release of All Claims for Claim No. 0336582325 | X | X | ✓ | ✓ | | | |
| 19. | | Unsigned Amended proposed Full and Final Release of All Claims for Claim No.0336582325 | X | X | ✓ | ✓ | | | |
| 20. | | First Notice of Loss | X | X | ✓ | ✓ | | | |
| 21. | | Correspondence between Allstate and Jose Baca | X | X | ✓ | ✓ | | | |
| 22. | | Allstate internal email re: Claim Assignment | X | X | ✓ | ✓ | | | |
| 23. | | Expert Claim Summary | X | X | ✓ | ✓ | | | |
| 24. | | Carrier Discovery Request | X | X | ✓ | ✓ | | | |
| 25. | | System Evaluation Report dated April 30, 2015 | X | X | ✓ | ✓ | | | |
| 26. | | System Evaluation Report dated July 6, 2015 | X | X | ✓ | ✓ | | | |
| 27. | | Signed Release of claim number 0336582325 | X | X | ✓ | ✓ | | | |
| 28. | | System Evaluation Report dated March 14, 2016 | X | X | ✓ | ✓ | | | |
| 29. | | Service of Process Transmittal Letter | X | X | ✓ | ✓ | | | |

Case 1:16-cv-00964-WJM-KHR  Document 90  Filed 05/03/18  USDC Colorado  Page 3 of 4

AMENDED JOINT EXHIBIT LIST

CASE NUMBER 16cv00964-CBS

CASE CAPTION STEVEN POWELL v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY     PAGE NUMBER ____ DATE ____

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| 30. | | American Medical Response Medical Records | X | X | ✓ | ✓ | | | |
| 31. | | Colorado Springs Orthopedic Group Medical Records | X | X | ✓ | ✓ | | | |
| 32. | | Colorado Springs Orthopedic Surgery Medical Records | X | X | ✓ ✓ | ✓ ✓ | | | |
| 33. | | Radiology Imaging from Colorado Springs Orthopedic Group | X | X | ✓ ✓ | ✓ ✓ | | | |
| 34. | | Memorial Hospital Medical Records | X | X | ✓ ✓ | ✓ ✓ | | | |
| 35. | | Summit Respiratory of Colorado Springs Medical Records | X | X | ✓ ✓ | ✓ ✓ | | | |
| 36. | | Colorado Springs Orthopaedic Group Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 37. | | Colorado Springs Orthopaedic Surgery Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 38. | | Memorial Hospital Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 39. | | Summit Respiratory Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 40. | | Anesthesia Associates of Colorado Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 41. | | Emergency Medical Specialists Bills | X | X | ✓ ✓ | ✓ ✓ | | | |
| 42. | | Radiology Imaging Associates Bills | X | X | ✓ ✓ | ✓ ✓ | | | |

Case 1:16-cv-00964-WJM-KHR Document 90 Filed 05/03/18 USDC Colorado Page 4 of 4

AMENDED JOINT EXHIBIT LIST

CASE NUMBER 16cv00964-CBS

CASE CAPTION STEVEN POWELL v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY    PAGE NUMBER ___ DATE ___

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| 43. | | Allstate Claim File | x | x | ✓ | ✓ | | | |