IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-0964-WJM-CBS

STEVEN POWELL,

      Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.

---

## SPECIAL VERDICT FORM

---

### SECTION I.  BREACH OF UNDERINSURED MOTORIST CONTRACT

1.     Did the Plaintiff, Steven Powell, sustain injuries, damages, or losses in the August 5, 2014 accident?  (Yes or No)

    ANSWER: _Yes_

2.     Was Jose Baca negligent?  (Yes or No)

    ANSWER: _Yes_

3.     Was Jose Baca's negligence, if any, at least one of the causes of any of the injuries, damages, or losses claimed by the Plaintiff?  (Yes or No)

    ANSWER: _Yes_

If your answer to any one or more of the above three questions is "no," then your verdict is for the Defendant, and you must stop and sign this Verdict Form without answering any of the remaining questions.

On the other hand, if your answer to all three questions is "yes," then you shall answer the following additional questions.

4.      Was the Plaintiff, Steven Powell, negligent?  (Yes or No)

ANSWER: ___No___

5.      Was the Plaintiff's negligence, if any, a cause of his own claimed injuries, damages, or losses?  (Yes or No)

ANSWER: ___No___

If you answer "yes" to both questions 4 and 5, then also answer question 6.  If you answer "no" to either question 4 or 5, skip question 6 and proceed on to question 7.

6.      What percentage of negligence was Jose Baca's and what percentage was the Plaintiff's?  (Your answer must add up to 100.)

Jose Baca:              _____%

Steven Powell:         _____%

If you determine that the negligence of the Plaintiff was equal to or greater than the negligence of Jose Baca, i.e., 50% or more, then your verdict is for the Defendant and you must stop and sign this Verdict Form without answering any of the remaining questions.  Otherwise, proceed on to question 7.

7.      State your answers to the following questions (7a, 7b, and 7c) relating to the Plaintiff's damages caused by the negligence of Jose Baca, whether or not the damages were also caused by the negligence, if any, of the Plaintiff:

a.      What is the total amount of the Plaintiff's damages for economic losses?  Economic losses are those losses described in numbered paragraph 2

( Page 18)

of the jury instruction titled "BREACH OF CONTRACT—DAMAGES."   You

should answer "0" if you determine there were none.

ANSWER: $ __106,785.47__

b.    What is the total amount of the Plaintiff's damages for non-

economic losses or injuries?  Non-economic losses are those losses described in

numbered paragraph 1 of the jury instruction titled "BREACH OF CONTRACT—

DAMAGES." You should answer "0" if you determine there were none.

ANSWER: $ __80,000.00__

c.    What is the total amount of the Plaintiff's damages for physical

impairment and disfigurement?  Physical impairment and disfigurement damages

are those identified in numbered paragraph 3 of the jury instruction titled

"BREACH OF CONTRACT—DAMAGES."    You should answer "0" if you

determine there were none.

ANSWER: $ __10,000.00__

## SECTION II.  UNREASONABLE DELAY OR DENIAL OF BENEFITS OWED

8.    Did the Defendant, Allstate Fire and Casualty Insurance Company, delay

or deny payment of underinsured motorist benefits to the Plaintiff without a reasonable

basis?  (Yes or No)

ANSWER: __No__

If your answer to Question 8 is "No," skip Question 9 and continue to Section III.

If your answer to Question 8 is "Yes," proceed to Question 9.

3

9.     What is the total amount of underinsured motorist benefits that the Defendant, Allstate Fire and Casualty Insurance Company, delayed or denied without a reasonable basis?  You should answer "0" if you determine there were none.

ANSWER: $ _____

## SECTION III.  BAD FAITH BREACH OF INSURANCE CONTRACT

10.     Did the Defendant, Allstate Fire and Casualty Insurance Company, act in bad faith in the handling of Plaintiff's claim as set forth in the jury instruction titled "BAD FAITH BREACH OF INSURANCE CONTRACT"?  (Yes or No)

ANSWER: No _____

11.     Did the Defendants' bad faith, if any, cause non-economic damages to the Plaintiff, separate and apart from any non-economic damages which you found were caused by the negligence of Jose Baca and awarded in question 7(b) of this verdict form?  (Yes or No)

ANSWER: No _____

If you answered "No" to either or both of Questions 10 and 11, stop and sign the Verdict Form. If you answered "Yes" to both Questions 10 and 11, proceed to Question 12.

12.     What is the amount of non-economic damages which you find were caused by the Defendant's bad faith?  You should answer "0" if you determine there were none.

ANSWER:$_____

[SIGNATURE BLOCK ON NEXT PAGE]

4

May 11, 2018
DATE

Juror Name Redacted

11:55 am
TIME